**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO**

ALYSON LYONS

       Plaintiff,

CASE NO. 2:19-CV-01076 SCY/KRS

v.

RAYMOND EVANS, AUTO-OWNERS
INSURANCE COMPANY, and AVIS
RENT A CAR SYSTEM, LLC,

       Defendants.

## ORDER GRANTING JOINT MOTION TO VACATE SETTLEMENT CONFERENCE AND EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE

On June 9, 2020, the parties submitted their Joint Motion to Vacate Settlement Conference and Extend Defendants' Expert Disclosure Deadline (Doc. No. 35)("Motion"). Having considered the Motion and the applicable law, the Court finds that good cause exists for modifying Case Management Deadlines in the manner the parties have requested, and the Motion should therefore be granted.

IT IS THEREFORE ORDERED THAT that settlement conference scheduled for August 4, 2020, is VACATED. The Court will reschedule the settlement conference at a later date.

IT IS FURTHER ORDERED THAT Defendants' deadline to disclose expert witnesses in accordance with Fed. R. Civ. P. 26 is extended until August 3, 2020.

IT IS SO ORDERED.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

MODRALL, SPERLING, ROEHL,
　　HARRIS & SISK, P.A.

By: */s/ Kevin D. Pierce*
　　Kevin D. Pierce
　　J. Adam Wright
　　Post Office Box 2168 (87103-2168)
　　500 Fourth Street NW, Suite 1000
　　Albuquerque, New Mexico 87102
　　Telephone: 505.848.1800
　　kdp@modrall.com
　　awright@modrall.com
　　*Attorneys for Defendants Raymond Evans
　　and Auto-Owners Insurance Company*


APPROVED BY:

ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

By: *Approved via email on June 9, 2020*
　　Aaron R. Kugler
　　P.O. Box 94750
　　Albuquerque, NM 87199
　　Telephone: (505) 341-0110
　　akugler@allenlawnm.com
　　*Attorney for Defendant Avis Rent A Car System, LLC*

KELLER & KELLER, LLC

By: *Approved via email on June 8. 2020*
　　Michael G. Duran
　　505 Marquette NW, Ste. 1300
　　Albuquerque, NM  87102
　　Telephone: (505) 938-2300
　　Facsimile: (505) 938-2301
　　michaeld@2keller.com
　　*Attorney for Plaintiff*

File0002.docx