# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW MEXICO

ALYSON LYONS

       Plaintiff,

CASE NO. 2:19-CV-01076 SCY/KRS

v.

RAYMOND EVANS, AUTO-OWNERS
INSURANCE COMPANY, and AVIS
RENT A CAR SYSTEM, LLC,

       Defendants.

## STIPULATED ORDER GRANTING UNOPPOSED MOTION TO SEAL MEDICAL RECORD EXHIBITS TO DEFENDANTS RAYMOND EVANS AND AUTO-OWNERS INSURANCE COMPANY'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. BRETT BUTZ, DR. OMAR OSMANI, AND BARNIE RODRIGUEZ

On October 21, 2020, Defendants Raymond Evans and Auto-Owners Insurance Company (collectively "Defendants") filed their Unopposed Motion to Seal Medical Record Exhibits to Defendants Raymond Evans and Auto-Owners Insurance Company's Motion to Exclude Expert Testimony of Dr. Brett Butz, Dr. Omar Osmani, and Barnie Rodriguez ("Motion") (Doc. No. 50). Having considered the unopposed Motion and the applicable law, the Court finds that good cause exists for sealing the medical records identified in Exhibit A to the Motion, that no less restrictive means exists for maintaining the confidentiality of the information contained with those medical records, and that a substantial probability exists that Plaintiff's overriding confidentiality interest will be prejudiced if the records identified in Exhibit A to the Motion are not sealed.

IT IS THEREFORE ORDERED THAT Defendants' Motion (Doc. No. 50) is GRANTED.

IT IS FURTHER ORDER THAT the records identified in Exhibit A to the Motion are permitted to be filed under seal.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE

SUBMITTED BY:
MODRALL, SPERLING, ROEHL,
   HARRIS & SISK, P.A.

By: */s/ Kevin D. Pierce*
   Kevin D. Pierce
   J. Adam Wright
   Post Office Box 2168 (87103-2168)
   500 Fourth Street NW, Suite 1000
   Albuquerque, New Mexico 87102
   Telephone: 505.848.1800
   kdp@modrall.com
   awright@modrall.com
   *Attorneys for Defendants Raymond Evans
   and Auto-Owners Insurance Company*

APPROVED BY:
ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

By:   *Approved via email on 10/21/2020*
   Aaron R. Kugler
   Lauren T. Kedge
   P.O. Box 94750
   Albuquerque, NM 87199
   Telephone: (505) 341-0110
   akugler@allenlawnm.com
   lkedge@allenlawnm.com
   *Attorney for Defendant Avis Rent A Car System, LLC*

KELLER & KELLER, LLC

By:   *Approved via email on 10/21/2020*
   Michael G. Duran
   505 Marquette NW, Ste. 1300
   Albuquerque, NM  87102
   Telephone: (505) 938-2300
   Facsimile: (505) 938-2301
   michaeld@2keller.com
   *Attorney for Plaintiff*